EILEEN M. DECKER  
United States Attorney  
DOROTHY A. SCHOUTEN  
Assistant United States Attorney  
Chief, Civil Division  
ROBYN-MARIE LYON MONTELEONE  
Assistant United States Attorney  
Chief, General Civil Section  
MICHAEL K. MARRIOTT, CSBN 280890  
Special Assistant United States Attorney  
    Social Security Administration  
    Office of the General Counsel, Region IX  
    160 Spear Street, Suite 800  
    San Francisco, CA 94105-1545  
    Telephone: (415) 977-8985  
    Facsimile: (415) 744-0134  
    Email: Michael.Marriott@ssa.gov  

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LORENCE A. MARTINEZ, | Case No. 2:15-cv-09943-SJO-JCG |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

**DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 15, 2016

JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE