Tony S. Adderley, Esq.  (310) 563-2153
Bar No. 238729
5757 W. Century Blvd. Ste. 700
Los Angeles, CA 90045
e-mail: tsadderley@msn.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORENCE A. MARTINEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>  Defendant. | CIVIL NO.: CV CV 15-9943 SJO (JCG))<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT TO<br>28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of $3,093.75, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 29, 2016       _____

HON. JAY C. GANDHI

UNITED STATES MAGISTRATE JUDGE